UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:12-CR-18-3D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER ON MOTION |
| | ) | TO CONTINUE |
| ARACELI ZEPEDA-JIMENEZ | ) | ARRAIGNMENT & TRIAL |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

THIS CAUSE coming to be heard before the Court on the unopposed Motion of Defendant ARACELI ZEPEDA-JIMENEZ for an ORDER continuing the Arraignment and Trial of this matter from its current setting of May 21, 2013, for a period of 30 days or otherwise as the Court may set at its discretion.

It is hereby ORDERED that the Arraignment and Trial of this case is continued to __JULY 1__, 2013. SESSION OF COURT.

The Court finds that the ends of justice served by the granting of this continuance outweigh the interest of the public and the defendant in a speedy trial. The period of time necessitated by this extension is excluded from the Speedy Trial Act pursuant to 18 U.S.C. 3161(h)(8)(A).

SO ORDERED, this the __17__ day of May 2013.

WILLIAM A. WEBB
US MAGISTRATE JUDGE